IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:16-CV-3005-N

2. Style of case: CARLOS NAVARRO vs METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS

3. Nature of suit: CNTR CNSMR COM DEBT.

4. Method of ADR used:    **X Mediation**      ☐ Mini-Trial      ☐ Summary Jury Trial

5. Date ADR session was held: 02/07/17

6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.              ☐ Settled, in part, as result of ADR

    ☐ Settled as a result of ADR.              X Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1500

8. Duration of ADR: Half Day   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
    (Provider)

    MARY BURDIN
    J. ZACHARY MOSELEY, Esq.
    DENNIS CONDER, Esq.

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    Mary Burdin

    Signature                                              February 7, 2017
                                                            Date

    4514 Cole Avenue, Dallas, TX 75205-4181    (214)528-1411
    Address                                                Telephone