UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS NAVARRO, | § § § § | |
| Plaintiffs, | | |
| vs. | § § § | CIVIL ACTION NO.<br>3:16-cv-3005-N |
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS, | § § § § § | **(JURY)** |
| Defendant. | § | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiff Carlos Navarro, and Defendant Metropolitan Lloyds Insurance Company of Texas, and file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiff is Carlos Navarro. Defendant is Metropolitan Lloyds Insurance Company of Texas.

2. Plaintiff filed suit against Defendant arising out of a homeowners' insurance claim arising from storm damage that occurred on or about October 1, 2014.

4. Plaintiff and Defendant Metropolitan Lloyds Insurance Company of Texas have reached a compromise and settlement regarding the claims in this lawsuit. As a result, Plaintiff desires to dismiss with prejudice all claims and causes of action asserted against Defendant Metropolitan Lloyds Insurance Company of Texas. Plaintiff and Defendant Metropolitan Lloyds Insurance Company of Texas agree to this dismissal with prejudice.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is requested to be with prejudice as to Defendant Metropolitan Lloyds Insurance Company of Texas.

Respectfully submitted,

MCCLENNY MOSELEY & ASSOCIATES, PLLC

/s/ - *Heather E. Hall*
By:    **Heather E. Hall**
          SBN:  24089909
McClenny Moseley & Associates, PLLC
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas  77060
Phone:  713-334-6121
Fax:     713-322-5953
heather@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF**

AND

STACY | CONDER | ALLEN LLP

         */s/ - Dennis D. Conder*
BY:    **Dennis D. Conder**
          SBN 04656400
Stacy | Conder | Allen LLP
901 Main Street, Suite 6200
Dallas, Texas  75202
214-748-5000
214-748-1421 – fax
conder@stacyconder.com
SBN 04656400

**ATTORNEY FOR DEFENDANT**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 2**